United States District Court
Southern District of Texas
**ENTERED**
September 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TERESA DE JESUS LUNA DE SANCHEZ AND BLANCA GALVAN<br>*Plaintiffs,*<br><br>vs.<br><br>THYSSENKRUPP ELEVATOR AND SPAW GLASS HOLDING, LP, SPAW GLASS CIVIL CONTRACTORS, INC., MCALLEN MEDICAL CENTER AND UHS OF DELAWARE, INC.<br>*Defendants* | § § § § § § § § § § § § | CIVIL ACTION NO.: 7:19-CV-00337 |

### ORDER GRANTING UNOPPOSED PLAINTIFFS' NOTICE OF DISMISSAL TO DEFENDANTS UHS OF DELAWARE, INC., AND MCALLEN MEDICAL CENTER WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, TERESA DE JESUS LUNA DE SANCHEZ AND BLANCA GALVAN, and Defendants, UHS of Delaware, Inc. and McAllen Medical Center, have stipulated and agreed, pursuant to FED. R. CIV. P. 41, that all claims in the above captioned action as to Defendants, UHS of Delaware, Inc. and McAllen Medical Center, are dismissed *without* prejudice.

Accordingly, it is hereby ORDERED that Plaintiffs' Notice of Dismissal as to Defendants UHS of Delaware and McAllen Medical Center, is GRANTED.

It is further ORDERED, that all of Plaintiffs' claims in the above captioned action as to Defendants, UHS of Delaware, Inc. and McAllen Medical Center, are dismissed *without* prejudice, with all attorneys' fees, costs of court, and expenses to be borne by each party incurring same. This order disposes of all claims by Plaintiffs against Defendants UHS of Delaware, Inc. and McAllen Medical Center.

DONE AND ORDERED, as McAllen, Texas, this 16th day of September, 2020.

*Ricardo H. Hinojosa*
Hon. Ricardo H. Hinojosa
United Stated District Court Judge

cc: Steven M. Gonzalez/Edward J. Castillo/Ezequiel "Zeke" Moya, Jr./Eduardo Moya, GONZALEZ CASTILLO, LLP, 1317 E. Quebec Avenue, McAllen, Texas 78503; Email: law@valleyfirm.com

Daniel Hernandez, HERNANDEZ LAW FIRM, P.C., 4841 S. Jackson Road, Edinburg, Texas 78539; Email: efiling@hdzfirm.com

Alyssa P. Wickern/Michael I. Ramirez, McCOY LEAVITT LASKEY, LLC, 20726 Stone Oak Parkway, Ste. 116, San Antonio, Texas 78258; Email: mramirez@mlllaw.com/awickern@mlllaw.com

Melanie Sanders, KUSTOFF & PHIPPS, LLP, 4103 Parkdale Street, San Antonio, Texas 78229; Email: msanders@kplegal.com

Andres R. Gonzalez/Gregory M. Cokinos, COKINOS/YOUNG, 10999 IH-10 West, Suite 800, San Antonio, Texas 78230, Email: gmcokinos@cokinoslaw.com/agonzalez@cokinoslaw.com

UNOPPOSED

_____
EZEQUIEL MOYA, JR., ESQ.
FBN: 2649227
EDWARD CASTILLO, ESQ.
FBN: 38007
Gonzalez Castillo, LLP
1317 Quebec Avenue
McAllen, Texas 78503
*Counsel for UHS of Delaware and McAllen Medical Center*

/s/ *Andres R. Gonzalez*
_____
ANDRES R. GONZALEZ, ESQ.
FBN: 31154
GREGORY M. COKINOS, ESQ.
FBN: 5073
Cokinos/Young
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
*Counsel for Spaw Glass Holding, L.P., Spaw Glass Civil Contractors, Inc., Spaw Glass Contractors, Inc.*

_____
ALYSSA P. WICKERN, ESQ.
SBN: 24079571
MICHAEL I. RAMIREZ, ESQ.
SBN: 24008604
McCoy/Leavitt/Laskey, LLC
20726 Stone Oak Parkway; Suite 116
San Antonio, Texas 78258
*Counsel for ThyssenKrupp Elevator*